IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:25-CR-00255-KDB-DCK

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ELI ELLIS II,

    Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Continue (Doc. No. 10) ("Motion") trial of this matter from November 3, 2025. In accordance with 18 U.S.C. § 3161(c)(2), the Court finds this matter is not yet ready for trial. Accordingly, the Court **GRANTS** Defendant's Motion to Continue. The Court will also extend the deadline for motions under Rule 12(b)(3), as requested by the Defendant, until December 1, 2025.

**IT IS THEREFORE ORDERED** that trial of this matter be scheduled for the next term of court. The Clerk is directed to certify copies of this Order to Defendant, Counsel for Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

    **SO ORDERED.**

Signed: October 3, 2025

*/s/ Kenneth D. Bell*
Kenneth D. Bell
United States District Judge